UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES GORHAM,**<br>7958 Riggs Road, #11<br>Hyattsville, Maryland 20783<br><br>INDIVIDUALLY AND ON BEHALF OF ALL<br>OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff,*<br><br>v.<br><br>**BEHAVIORAL RESEARCH<br>ASSOCIATES, INC.,**<br>P.O. Box 492110<br>Fort Washington, Maryland 20749<br><br>    **Serve on:**<br>    Anne Gordon<br>    7408 Grange Hall Drive<br>    Fort Washington, Maryland 20744<br><br>and<br><br>**ANDREW GORDAN**<br>12201 Hollybank Drive<br>Fort Washington, Maryland 20744<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:06-cv-01931-RCL<br><br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Steven Luxton, Brady Edwards, Sandra T. Krider, Patrick K.A. Elkins, and the law firm of Edwards, Burns & Krider, LLP file this motion for withdrawal and substitution of counsel, and would show the Court as follows:

Steven Luxton, Brady Edwards, Sandra T. Krider, Patrick K.A. Elkins, and the law firm of Edwards, Burns & Krider, LLP currently represent the plaintiff in the above-entitled cause. Effective January 1, 2007, Steven Luxton, Brady Edwards, Sandra T. Krider, and Patrick

1

K.A. Elkins expect to be joining a new law firm and therefore need to withdraw from this case. Richard J. Burch will be taking over as attorney-in-charge for the Plaintiff in this case. Mr. Burch is a competent attorney with significant experience representing plaintiffs in Fair Labor Standards Act matters.

Mr. Burch's contact information is as follows:

Richard J. Burch
Texas Bar No. 24001807
BRUCKNER BURCH PLLC
1000 Louisiana, Suite 1300
Houston, Texas 77002
(713) 877-8788
(713) 877-8065 (facsimile)

The withdrawal and substitution will not delay these proceedings.

For these reasons, Steven Luxton, Brady Edwards, Sandra T. Krider, Patrick K.A. Elkins and the law firm of Edwards, Burns & Krider, LLP ask that this Court grant their motion to withdraw and substitute Richard J. Burch as attorney-in-charge for Plaintiff.

Respectfully submitted,

*(signature)*

Steven A. Luxton (DC Bar No. 470468)
Patrick K.A. Elkins (TX0038)
EDWARDS BURNS & KRIDER LLP
201 North Charles Street, Suite 1402
Baltimore, MD 21201
(410) 454-0012
(410) 454-0146 (facsimile)

*Withdrawing Counsel for Plaintiff*

*(signature)*

Richard J. Burch
Texas Bar No. 24001807
BRUCKNER BURCH PLLC
1000 Louisiana, Suite 1300
Houston, Texas 77002
(713) 877-8788
(713) 877-8065 (facsimile)

*Substituting Counsel for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that because Defendants have not yet answered or appeared in this matter, no conference is possible at this time.

*Sandra T. Krider*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2006, a copy of the forgoing document was served pursuant to the Federal Rules of Civil Procedure by first-class mail, postage prepaid on the registered agent for Defendant Behavioral Research Associates, Inc. addressed as follows:

> Anne Gordon
> 7408 Grange Hall Drive
> Fort Washington, Maryland 20744

and on Defendant Andrew Gordan addressed as follows:

> Andrew Gordan
> 12201 Hollybank Drive
> Fort Washington, Maryland 20744

*Sandra T. Krider*

4

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES GORHAM,** <br> INDIVIDUALLY AND ON BEHALF OF ALL <br> OTHERS SIMILARLY SITUATED, <br><br> *Plaintiff,* <br><br> v. <br><br> **BEHAVIORAL RESEARCH** <br> **ASSOCIATES, INC.,** <br><br> and <br><br> **ANDREW GORDAN** <br><br> *Defendants.* | § § § § § § § § § § § § § § § § | Civil Action No. 1:06-cv-01931-RCL <br><br><br> **JURY TRIAL DEMANDED** |

## ORDER ON MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

On this day came to be heard the motion for withdrawal and substitution of counsel filed by Steven Luxton, Brady Edwards, Sandra T. Krider, Patrick K.A. Elkins, and the law firm of Edwards, Burns & Krider, LLP. The motion is hereby GRANTED. Steven Luxton, Brady Edwards, Sandra T. Krider, Patrick K.A. Elkins and the law firm of Edwards, Burns & Krider are discharged from further responsibility in this case. Richard J. Burch is hereby substituted as attorney-in-charge for Plaintiffs.

It is so ORDERED.

SIGNED this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

5