IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES GORHAM,**<br>Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BEHAVIORAL RESEARCH ASSOCIATES, INC.,**<br><br>and<br><br>**ANDREW GORDAN,**<br><br>Defendants. | Civil Action No. 1:06-01931 (RCL) |

## ORDER

Upon consideration of the motion [2] for withdrawal and substitution of counsel filed by Steven Luxton, Brady Edwards, Sandra T. Krider, Patrick K.A. Elkins, and the law firm of Edwards, Burns & Krider, LLP, it is hereby

ORDERED that the motion [2] for withdrawal and substitution of counsel is GRANTED; and it is further

ORDERED that Steven Luxton, Brady Edwards, Sandra T. Krider, Patrick K.A. Elkins are discharged from further responsibility in this case, and that Richard J. Burch is substituted as attorney-in-charge for plaintiffs.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 4, 2007.