UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES GORHAM**, | § | Civil Action No. 1:06-cv-01931-RCL |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| **BEHAVIORAL RESEARCH** | § | |
| **ASSOCIATES, INC., et al.** | § | |
| | § | |
| *Defendants*. | § | |

### STATUS REPORT ON STEPS TO EFFECT SERVICE

Per the Court's request, Plaintiff reports on his efforts to serve the Defendant:

1. Within a week of filing this case, Plaintiff retained BT Edwards Process Service[1] to effect service on Defendant. Mr. Billy T. Edwards of that company reports that, as of January 30, 2007, service has been attempted on four separate occasions, without success.

2. In an effort to be certain service is effectuated in a timely manner, Plaintiff retained a second process server (Due Process of Columbia, MD). Ms. Shandora Dobson

---

[1] B T Edwards Process Service
15514 Peach Walker Drive
Bowie, MD 20716
800.737.8348
301.505.2020
301.249.7510 – fax

- 1 -

of that company has been sent a copy of the necessary documents by overnight delivery along with a check for expedited service.

    3.    Plaintiff will update the Court if service cannot be completed within the next fourteen days.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

**Richard J. Burch**
By: _____
    Richard J. (Rex) Burch
    Texas Bar No. 24001807
1000 Louisiana, Suite 1300
Houston, Texas 77002
Telephone:    (713) 877-8788
Telecopier:    (713) 877-8065
rburch@brucknerburch.com