IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES GORHAM, | ) |
|     Plaintiff, | ) ) ) ) |
| v. | )   Case No. 1:06 CV 01931/ RCL |
| BEHAVIORAL RESEARCH ASSOCIATES, INC. et al., | ) ) ) ) |
|     Defendants. | ) ) |

## NOTICE OF APPEARANCE

**THE CLERK WILL PLEASE** note the appearance of Allyson C. Kitchel of Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C., 3920 University Drive, Fairfax, Virginia 22030, as counsel for James Gorham in this matter.

                                                JAMES GORHAM,
                                                By Counsel

**TRICHILO, BANCROFT, McGAVIN,**
    **HORVATH & JUDKINS, P.C.**
3920 University Drive
Fairfax, Virginia 22030
(703) 385-1000 (telephone)
(703) 385-1555 (facsimile)

_____/s/ Allyson K._____
Allyson C. Kitchel, Esquire
D.C. Bar No.: 496687
*Counsel for James Gorham*

VIRGINIA:

IN THE CIRCUIT COURT FOR FAIRFAX COUNTY

MICHELLE KO,                    )
                                )
    Plaintiff,                  )
v.                              )
                                )   Case No.: CL2006-0009451
GRACE SONMI KIM,                )
                                )
    Defendant.                  )
                                )

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S LIST OF WITNESSES AND EXHIBITS

COMES NOW, Defendant, *Grace Sonmi Kim*, and in and for her Objections to Plaintiff's List of Witnesses and Exhibits, states as follows:

**I.   LIST OF WITNESSES**

1.   The defendant objects to the plaintiff listing Dr. Alphonse Poklis as a witness. Plaintiff has never identified Dr. Poklis as an expert in this case. In fact, this is the defendant's expert. Plaintiff has not retained Dr. Poklis as her witness and cannot call him since she has never identified him previously, he is the defense expert witness and there is no contractual agreement between the plaintiff and Dr. Poklis to testify in this case.

**II.   LIST OF EXHIBITS**

1.   This defendant objects to all of the plaintiff's exhibits to the extent that they have not been produced during the course of discovery.

2.   Defendant objects to Exhibit number 1 on the grounds of lack of foundation and authentication.

-1-

3. Defendant objects to Exhibit number 2 on the grounds that it has not been produced, hearsay, foundation, and authentication.

4. Defendant objects to Exhibit number 3 on the grounds of failure to produce, foundation, hearsay, and undue emphasis.

5. Defendant objects to Exhibit number 8 on the grounds that said treatment was not reasonable, necessary, and/or causally related.

6. Defendant objects to Exhibit number 10 on the grounds that it has not been produced before and on the grounds of reasonableness, necessity, causal relationship and hearsay.

7. Defendant objects to Exhibit numbers 12 and 13 on the grounds of foundation, authentication, and hearsay.

**GRACE SONMI KIM**
By Counsel

TRICHILO, BANCROFT, McGAVIN,
 HORVATH & JUDKINS, P.C.
Fairfax, Virginia 22030
Telephone (703)385-1000
Facsimile (703) 385-1555

_Melissa K. Katz for BCW_
Melissa H. Katz, Esquire
Virginia State Bar No. 31820
*Counsel for Defendant, Grace Sonmi Kim*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing *DEFENDANT'S OBJECTIONS TO PLAINTIFF'S LIST OF WITNESSES AND EXHIBITS* was faxed and mailed, postage prepaid, on this 26th day of June, 2007, to:

Tina L. Snee, Esquire
9401 Lee Highway, Suite 206
Fairfax, Virginia 22031
FACSIMILE 703-352-8881
*Counsel for Plaintiff, Michelle Ko.*

*Melissa H. Katz by BCW*
Melissa Hogue Katz

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
3920 UNIVERSITY DRIVE • FAIRFAX, VIRGINIA 22030-2514 • (703) 385-1000 • FAX (703) 385-1555