IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES GORHAM,<br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BEHAVIORAL RESEARCH ASSOCIATES, INC.,<br><br>and<br><br>ANDREW GORDAN,<br><br>    Defendants. | Civil Action No. 1:06-01931 (RCL) |

## SHOW CAUSE ORDER

Plaintiff shall, within 10 days of this date, show cause why this case should not be dismissed for failure to prosecute, failure to effect service within 120 days of filing, and failure to provide the update promised in paragraph 3 of plaintiff's status report filed on January 31, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on July 9, 2007.