United States District Court
District of Columbia

| | |
|---|---|
| JAMES GORHAM ) | Case No.: 1:06CV01931 |
| ) | |
| ) | |
| Plaintiff ) | |
| v. ) | |
| BEHAVIORAL RESEARCH ASSOCIATES, INC. AND ) | |
| ANDREW GORDON ) | |
| ) | |
| Defendant ) | |

### AFFIDAVIT OF SERVICE

That I, Roland Gonzales, hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am competent person over 18 years of age and not a party to this action.

That I served Behavioral Research Associates, Inc. with the following list of documents: Summons, Original Collective Action and Class Action Complaint, Notice of Right to Consent to Trial Before United States Magistrate Judge by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Anne Gordon, who's Title/Relationship to the person/entity being served is Registered Agent.

That on February 01, 2007 at 8:30 AM at 12201 Hollybank Drive Fort Washington MD 20744 service was made by;

__ Personal Service: By personally delivering the documents to the person being served.

__ Substitute Service: By leaving the documents at the dwelling house or usual place of abode of the documents with a member of the household who stated they resided therein and was of suitable age and discretion, and was explained the general nature of the documents.

X Corporate, Registered Agent or Legal Representative Service: By leaving with an Officer, Director or a person who stated the had authority to accept service of process for the above listed person or entity.

__ By affixing a true copy of each to the door of said premises to the door of said premises, which is the recipients actual place of abode.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:

Gender: Female    Race/Skin: Black    Hair: Black    Glasses: No    Approx. Age: 60    Height: 5'04    Weight: 150

Roland Gonzales
Due Process
P.O. Box 2396
Columbia, MD 21045
(800) 228-0484

Executed on: 2-02-07

Subscribed and sworn to before me, a notary public, on this 2nd day of February, 2007.

Notary Public

My Commission Expires:

ID: 07-000550



My comm. exp. Feb. 20, 2008

United States District Court
District of Columbia

| | |
|---|---|
| JAMES GORHAM | ) |
|  | ) Case No.: 1:06CV01931 |
|  | ) |
|  | ) |
| Plaintiff | ) |
| v. | ) |
| BEHAVIORAL RESEARCH ASSOCIATES, INC. AND | ) |
| ANDREW GORDON | ) |
|  | ) |
| Defendant | ) |

## AFFIDAVIT OF SERVICE

That I, Roland Gonzales, hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am competent person over 18 years of age and not a party to this action.

That I served Andrew Gordon with the following list of documents: Summons, Original Collective Action and Class Action Complaint, Notice of Right to Consent to Trial Before United States Magistrate Judge by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Andrew Gordon, who's Title/Relationship to the person/entity being served is Himself/Herself.

That on February 01, 2007 at 8:30 AM at 12201 Hollybank Drive Fort Washington MD 20744 service was made by;

__ Personal Service: By personally delivering the documents to the person being served.

__ Substitute Service: By leaving the documents at the dwelling house or usual place of abode of the documents with a member of the household who stated they resided therein and was of suitable age and discretion, and was explained the general nature of the documents.

__ Corporate, Registered Agent or Legal Representative Service: By leaving with an Officer, Director or a person who stated the had authority to accept service of process for the above listed person or entity.

__ By affixing a true copy of each to the door of said premises to the door of said premises, which is the recipients actual place of abode.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:

Gender: Male   Race/Skin: Black   Hair: Black   Glasses: Yes   Approx. Age: 62   Height: 5'10   Weight: 180

Roland Gonzales
Due Process
P.O. Box 2396
Columbia, MD 21045
(800) 228-0484

2-2-07
Executed on:

Subscribed and sworn to before me, a notary public, on this 2nd day of February, 2007.

Notary Public              My Commission Expires:
ID: 07-000551



My comm. exp. Feb. 20, 2008