IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES GORHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06 CV 01931/ RCL |
| | ) |
| BEHAVIORAL RESEARCH | ) |
| ASSOCIATES, INC. et al., | ) |
| | ) |
| Defendants. | ) |

## RESPONSE TO
## SHOW CAUSE ORDER

COMES NOW, the plaintiff, JAMES GORHAM, by counsel, and in response to the court's show cause order of July 09, 2007, states as follows:

1. Service in the above matter was affected on February 01, 2007, by private process server. Through an apparent oversight by prior counsel in this matter, proof of service was not timely filed with the court.

2. Undersigned counsel, concurrent with this filing, is filing the necessary affidavit of service.

3. Attorney Kenneth Brown, former counsel for the defendant, and the undersigned counsel, have been communicating regarding the basis of this suit to determine whether the dispute between the parties can be resolved without further intervention of the court.

4. Attorney Brown determined that he could not proceed in representing the defendant due to a family emergency.

5. Attorney Donna Willson, new defense counsel, and the undersigned counsel have conferred and are ready to proceed in attempting to resolve the underlying dispute.

6. Counsel for parties have agreed that a responsive pleading shall be filed by July 20, 2007.

WHEREFORE, plaintiff, JAMES GORHAM, respectfully requests that this court discharge its show cause order of July 09, 2007, and allow this matter to proceed.

JAMES GORHAM,
By Counsel

TRICHILO, BANCROFT, McGAVIN,
    HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
(703) 385-1000 (telephone)
(703) 385-1555 (facsimile)

_____
Allyson C. Kitchel, Esq.
D.C. Bar No.: 496687
*Counsel for James Gorham*