UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JAMES GORHAM** | ) ) ) ) ) | |
| | ) | **Case No.: 1:06-cv-01931-RCL** |
| v. | ) ) ) | |
| **BEHAVIORAL RESEARCH ASSOCIATES, INC., et al** | ) ) ) | |

## LINE OF APPEARANCE

Dear Sir/Madam Clerk:

Please kindly enter the appearance of Bruce A. Johnson, Jr., Esquire as counsel for the Defendant, Behavioral Research Associates, Inc. in the above-captioned case.

Respectfully submitted,

BRUCE A. JOHNSON JR., LLC


_____/s/ BRUCE A. JOHNSON, JR.
Bruce A. Johnson, Jr., Esquire (#445925)
4301 Northview Drive
Bowie, Maryland  20716
(301) 860-1505

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Line Entering Appearance on behalf of the Defendant, Behavioral Services Associates, Inc. was this 23rd day of July 2007, sent via electronic service to Allyson C. Kitchel, Esq., Trichilo Bancroft McGavin Horvath & Judkins, PC, 3920 University Drive, Fairfax, Virginia 22030, and Richard J. Burch, Esq., Bruckner Burch, PLLC, 5847 San Felipe, Suite 3900, Houston, Texas 77057

____/s/ BRUCE A. JOHNSON, JR.
Bruce A. Johnson, Jr.