UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES GORHAM ) | ) |
| Plaintiff, ) | Judge Royce C. Lamberth |
| v. ) |  |
| BEHAVIORAL RESEARCH ) | Civil Action Number: 1:06-CV-01931-RCL |
| ASSOCIATES, INC., et al ) |  |
| and ) | Next Event: None |
| ANDREW GORDON ) |  |
| Defendants. ) |  |

**DEFENDANT'S MOTION TO DISMISS CLASS ACTION CASE FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED**

COMES NOW Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, by and through their counsel, Bruce A. Johnson, Jr., and the Law Offices of Bruce A. Johnson, Jr., pursuant to the Federal Rules, hereby requests this Honorable Court dismiss Plaintiff Gorham's Fair Labor Standard Act ("FLSA") overtime back pay class action claim. In support thereof the Defendants state as follows:

(1)     Plaintiff Gorham filed a class action suit alleging that he, and other similarly situated employees, were not properly paid overtime wages. Plaintiff Gorham further alleges that he is acting, for and on behalf of the other similarly situated employees, pursuant to District of Columbia Code section 32-1012(b).

However, despite Plaintiff Gorham's suit being a class action, he is the only Plaintiff in the class. In other words, Plaintiff Gorham's claim fails to meet both the class requirements set forth in District of Columbia Code section 32-

1012(b) and Federal Rule of Civil Procedure 23(a).

First, Plaintiff Gorham was the only employee to submit written consent in order to become a member of the class. District of Columbia Code section 32-1012(b) specifically states, "[n]o employee shall be a party plaintiff to any action brought under this subchapter unless the employee gives written consent to become a party and the written consent is filed in the court in which the action is brought." *Id*.

In other words, Plaintiff Gorham does not meet the class requirements listed in District of Columbia Code section 32-1012(b), by filing a class action law suit, for and on behalf of others similarly situated, in which he is the only member of the class.

Second, Plaintiff Gorham's class lacks numerosity, as required by Federal Rule of Civil Procedure 23(a), which states, "[o]ne or more members of a class may sue or be sued as representative parties on behalf of all only if . . . the class is so numerous that joinder of all members is impracticable." Certainly, a class consisting of one Plaintiff proceeding alone cannot be considered "numerous."

Finally, Plaintiff Gorham's class of one cannot meet any of the four (4) class requirements outlined in Federal Rule of Civil Procedure 23(a), "an individual litigant seeking to maintain a class action under Title VII must meet Federal Rule of Civil Procedure 23(a)'s specified prerequisites of (1) numerosity, (2) commonality, (3) typicality, and (4) adequacy of representation . . . [t]hese requirements effectively limit the class claims to those fairly encompassed by the named plaintiff's claim." *General Telephone Co. of Southwest v. Falcon*, 457 U.S.

147, 151, 102 S.Ct. 2364, 2368 (1982); *see also Hartman v. Duffey*, 19 F.3d 1459, 1470 (C.A.D.C. 1994). Further, "[t]he complainant has the burden of showing that he has fulfilled those requirements." *Falcon,* at 151.

In summary, Plaintiff Gorham, by default, cannot meet any of the Federal Rule of Civil Procedure 23(a)'s four (4) class requirements listed above due to the fact that the entire class is made up of one individual employee, Plaintiff Gorham. Accordingly, pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff has failed to state a claim for which relief can be granted, and the Defendants hereby request this Honorable Court to dismiss Plaintiff's Class Action Complaint for want of an actual class.

WHEREFORE, Defendants, Behavioral Research Associates, Inc., and Andrew Gordon, respectfully pray that the Court dismiss Plaintiff Gorham's class action claim.

Respectfully Submitted,

BRUCE A JOHNSON JR., LLC

\_\_\_\_/s/ BRUCE A. JOHNSON, JR.
Bruce A. Johnson, Jr.(#4459257)
4301 Northview Drive
Bowie, Maryland 20716
(301) 860-1505 (direct dial)
(301) 860-1508 (facsimile)

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion to Dismiss was electronically served this 27th day of July to:  Allyson C. Kitchel, Esquire of Trichilo Bancroft McGavin Horvath & Judkins, PC, 3920 University Drive, Fairfax, Virginia 22030.

                                                        ___/s/ BRUCE A. JOHNSON, JR.
                                                           Bruce A. Johnson, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES GORHAM ) | |
| ) | |
| Plaintiff, ) | Judge Royce C. Lamberth |
| v. ) | |
| ) | |
| BEHAVIORAL RESEARCH ) | Civil Action Number: 1:06-CV-01931-RCL |
| ASSOCIATES, INC., et al ) | |
| ) | |
| and ) | Next Event: None |
| ) | |
| ANDREW GORDON ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of Defendants, Behavioral Research Associates, Inc and Andrew Gorman's Motion to Dismiss, Defendants in the above-entitled action, for an order determining that the action shall not be maintained as a class action having come on for hearing before this court on _____, and the same having been fully argued and submitted, and the court having considered all the pertinent pleadings and other papers in the action, and the briefs and affidavits of the parties in support of and in opposition to the motion,

It is ordered as follows that:

1. This action is not maintainable and shall not be maintained as a class action under _____(cite rule) for the reasons that _____.(reasons specified by court).
2. The Motion of the defendants is granted, and the allegations of the petition relating to the class and maintenance of this action as a class action, are accordingly declared to be stricken.
3. This action shall continue, if the named plaintiffs so elect, as an individual action

only by and on behalf on the named plaintiffs.

_____
Judge, United States District Court, District of Columbia

copies to:

Bruce A. Johnson, Jr., Esq.
4301 Northview Drive
Bowie, Maryland 20716

Allyson C. Kitchel, Esquire
Trichilo Bancroft McGavin Horvath
& Judkins, PC
3920 University Drive, Fairfax, Virginia 22030
Attorney for Plaintiff