UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES GORHAM | ) ) ) ) Judge Royce C. Lamberth |
| Plaintiff, | ) |
| v. | ) ) |
| BEHAVIORAL RESEARCH ASSOCIATES, INC., et al | ) Civil Action Number: <u>1:06-cv-01931-RCL</u> ) ) |
| and | ) Next Event: None. ) |
| Andrew Gordon | ) ) |
| Defendants. | ) |

**<u>DEFENDANTS BEHAVIORAL RESEARCH ASSOCIATES, INC. AND ANDREW GORDON'S ANSWER TO PLAINTIFF JAMES GORHAM'S COMPLAINT</u>**

COMES NOW Defendants, Behavioral Research Associates, Inc., and Andrew Gordon, by and through their counsel, Bruce A. Johnson, Jr., and the Law Offices of Bruce A. Johnson, Jr., pursuant to Federal Rules, hereby answers the Complaint filed in the above-captioned matter. In support thereof the defendants aver as follows:

1. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph one (1) of the Complaint.

2. Defendants, Behavioral Research Associates, Inc., and Andrew Gordon, admit the allegations set forth in paragraph two (2) of the Complaint.

3. Defendants Behavioral Research Associates, Inc., and Andrew Gordon admit, the allegations set forth in paragraph three (3) of the Complaint.

4. Defendants Behavioral Research Associates, Inc. and Andrew Gordon admit, the allegations set forth in paragraph four (4) of the Complaint.

5. Defendants, Behavioral Research Associates, Inc., and Andrew Gordon, admit the allegations in paragraph five (5) of the Complaint.

6. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, admit the allegations set forth in paragraph six (6) of the Complaint.

7. Defendants, Behavioral Research Associates, Inc., and Andrew Gordon, admit the allegations set forth in paragraph seven (7) of the Complaint.

8. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, admit the allegations set forth in paragraph eight (8) of the Complaint.

9. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon deny, the allegations set forth in paragraph nine (9) of the Complaint. Except that Behavioral Research Associates, Inc., and Andrew Gordon admit that Plaintiff Gorham's job responsibilities were caring for the mentally handicapped residents of Defendants' living communities, such as helping them stay clean and taking them to their doctors' appointments.

10. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon admit the allegations set forth in paragraph ten (10) of the Complaint.

11. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, admit the allegations set forth in paragraph eleven (11) of the Complaint.

12. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph twelve (12) of the Complaint.

13. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon deny, the allegations set forth in paragraph thirteen (13) of the Complaint.

14. Defendants Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph fourteen (14) of the Complaint.

15. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph fifteen (15) of the Complaint.

16. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph sixteen (16) of the Complaint.

17. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph seventeen (17) of the Complaint.

18. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph eighteen (18) of the Complaint.

19. Defendants, Behavioral Research Associates, Inc., and Andrew Gordon, admit the allegations set forth in paragraph nineteen (19) of the Complaint.

20. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, admit the allegations set forth in paragraph twenty (20) of the Complaint.

21. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, admit the allegations set forth in paragraph twenty-one (21) of the Complaint.

22. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph twenty-two (22) of the Complaint.

23. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph twenty-three (23) of the Complaint.

24. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph twenty-four (24) of the Complaint.

25.     Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph twenty-five (25) of the Complaint.

26.     Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph twenty-six (26) of the Complaint.

27.     Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph twenty-seven (27) of the Complaint.

28.     Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph twenty-eight (28) of the Complaint.

29.     Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph twenty-nine (29) of the Complaint.

30.     Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph thirty (30) of the Complaint.

31.     Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph thirty-one (31) of the Complaint.

32.     Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph thirty-two (32) of the Complaint.

33.     Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph thirty-three (33) of the Complaint.

34.     Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph thirty-four (34) of the Complaint.

35.     Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph thirty-five (35) of the Complaint.

36. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph thirty-six (36) of the Complaint and each of the subparts.

37. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph thirty-seven (37) of the Complaint.

38. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph thirty-eight (38) of the Complaint.

39. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, are without information to admit or deny the allegations set forth in paragraph thirty-nine (39) of the Complaint.

40. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph forty (40) of the Complaint.

41. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph forty-one (41) of the Complaint.

42. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph forty-two (42) of the Complaint.

43. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph forty-three (43) of the Complaint.

44. Defendants Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph forty-four (44) of the Complaint.

45. Defendants Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph forty-five (45) of the Complaint.

46. Defendants Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph forty-six (46) of the Complaint.

47. Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, deny the allegations set forth in paragraph forty-seven (47) of the Complaint.

WHEREFORE, Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, request this Honorable Court to dismiss Plaintiff James Gorham's Complaint and order the Plaintiff to reimburse Defendants, Behavioral Research Associates, Inc. and Andrew Gordon, for their attorney's fees and costs and for order such other and further relief as the Court deems just and proper.

Respectfully submitted,

BRUCE A. JOHNSON JR., LLC

    /s/ BRUCE A. JOHNSON, JR.
Bruce A. Johnson, Jr. (#445925)
4301 Northview Drive
Bowie, Maryland 20716
(301) 860-1505

## CERTIFICATE OF SERVICE

    I hereby certify that on this 31st day of July, 2007 a copy of the foregoing Defendant Behavioral Research Associates, Inc.'s Answer to Plaintiff James Gorham's Complaint was sent electronically to Allyson C. Kitchel, Esquire, Trichilo Bancroft McGavin Horvath & Judkins, PC, 3920 University Drive, Fairfax, Virginia 22030, Attorney for Plaintiff and via first class mail to Richard J. Burch, Esquire, Bruckner Burch, PLLC, 5847 San Felipe, Suite 3900, Houston, Texas 77057.

                                                   /s/ BRUCE A. JOHNSON, JR.
                                                     Bruce A. Johnson, Jr.
                                                     Attorney for Defendant