UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES GORHAM,<br>Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEHAVIORAL RESEARCH ASSOCIATES, INC.,<br><br>and<br><br>ANDREW GORDAN,<br><br>Defendants. | Civil Action No. 06-01931 (RCL) |

## ORDER

Defendants have filed an answer.  Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendants.  Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order.  The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on August 6, 2007.