## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES GORHAM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Judge Royce C. Lamberth** |
| | ) | |
| **v.** | ) | **Case No. 1:06 CV 01931/ RCL** |
| | ) | |
| **BEHAVIORAL RESEARCH** | ) | |
| **ASSOCIATES, INC. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

James Gorham, by counsel, and pursuant to the federal Rules of Civil Procedure, hereby responds to Defendants' Motion to Dismiss Class Action, and in support thereof states as follows:

1.     Plaintiff Gorham concedes that this matter should not proceed as a class action, and respectfully requests that this action continue as an individual action on behalf of only the named Plaintiff.

WHEREFORE, the Plaintiff has no objection to the dismissal of any class action allegations, and respectfully requests that this Court permit this matter to continue on an individual basis.

Respectfully Submitted,
Allyson Kitchel

**TRICHILO, BANCROFT, McGAVIN,**
**HORVATH & JUDKINS, P.C.**
3920 University Drive
Fairfax, Virginia 22030
(703) 385-1000 (telephone)
(703) 385-1555 (facsimile)

_____
Allyson C. Kitchel, Esquire
D.C. Bar No.: 496687
*Counsel for James Gorham*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Opposition to Motion to Dismiss was electronically served this ___6___ day of August, 2007, to:

Bruce A. Johnson, Jr., Esq.
Bruce A. Johnson Jr., LLC
4301 Northview Drive
Bowie, Maryland 20716

Allyson Kitchel

-2-

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JAMES GORHAM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Judge Royce C. Lamberth** |
| | ) | |
| **v.** | ) | **Case No. 1:06 CV 01931/ RCL** |
| | ) | |
| **BEHAVIORAL RESEARCH** | ) | |
| **ASSOCIATES, INC. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

UPON CONSIDERATION of Defendants' Motion to Dismiss Class Action and Plaintiff

Gorham's lack of objection thereto, it is hereby

ORDERED that the Defendants' Motion is granted and this action shall not be maintained

as a class action, and

ORDERED that this matter shall proceed as an individual action only, on behalf of the named

Plaintiff, James Gorham.

 

 

_____
Judge, United States District Court,
District of Columbia

 

copies to:

Bruce A. Johnson, Jr., Esquire
4301 Northview Drive
Bowie, Maryland 20716

Allyson Kitchel, Esquire
3920 University Drive
Fairfax, VA 22030