UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES GORHAM,** )<br>Individually and on behalf of all others )<br>similarly situated, )<br>       )<br>   Plaintiffs, )<br>       )<br>v. )<br>       )<br>**BEHAVIORAL RESEARCH** )<br>**ASSOCIATES, INC.,** )<br>       )<br>and )<br>       )<br>**ANDREW GORDAN,** )<br>       )<br>   Defendants. )<br>_____ ) | Civil Action No. 06-01931 (RCL) |

## ORDER

Upon consideration of defendants' motion [12] to dismiss class action and plaintiff Gorham's lack of objection thereto, it is hereby

ORDERED that the defendants' motion [12] is GRANTED, and this action shall not be maintained as a class action; and it is further

ORDERED that this matter shall proceed as an individual action only, on behalf of the named plaintiff, James Gorham.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on August 8, 2007.