IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES GORHAM, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Royce C. Lamberth |
| | ) | |
| v. | ) | Case No. 1:06 CV 01931/ RCL |
| | ) | |
| BEHAVIORAL RESEARCH | ) | |
| ASSOCIATES, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

### PRAECIPE OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, will the Clerk please note that the Plaintiff, James Gorham, desires that this matter should be dismissed.

TRICHILO, BANCROFT, McGAVIN,
   HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
(703) 385-1000 (Telephone)
(703) 385-1555 (Facsimile)

_____
Allyson C. Kitchel, Esquire
D.C. Bar No.: 496687
*Counsel for Plaintiff*


BRUCE A. JOHNSON, JR., LLC
4301 Northview Drive
Bowie, Maryland 20716

_Bruce Johnson, with permission_
Bruce A. Johnson, Jr., Esquire
*Counsel for Defendants*