IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JAMES GORHAM,** | ) | |
| **Plaintiffs,** | ) ) ) | |
| v. | ) ) | Civil Action No. 06-01931 (RCL) |
| **BEHAVIORAL RESEARCH ASSOCIATES, INC.,** *et al.*, | ) ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER

Pursuant to the August 17, 2007 praecipe of dismissal, with the consent of defendants, this case is hereby DISMISSED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 20, 2007.